IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; REBECCA BUCKWALTER; PHILIP COHEN; HOLLY FIGUEROA; EUGENE GU; BRANDON NEELY; JOSEPH PAPP; and NICHOLAS PAPPAS,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States; SEAN M. SPICER, White House Press Secretary; and DANIEL SCAVINO, White House Director of Social Media and Assistant to the President,<br><br>        Defendants. | Civil Action No. _____ |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Knight First Amendment Institute at Columbia University (a private non-governmental party) certifies that the Knight First Amendment Institute has no parent companies, subsidiaries, or affiliates which have any outstanding

1

securities in the hands of the public.

Dated: July 11, 2017  

Respectfully submitted,

/s/ Jameel Jaffer
Jameel Jaffer (JJ-4653)
Katherine Fallow (application for admission forthcoming)
Alex Abdo (AA-0527)
Knight First Amendment Institute
  at Columbia University
314 Low Library
535 West 116th Street
New York, NY 10027
(212) 854-9600
jameel.jaffer@knightcolumbia.org
katie.fallow@knightcolumbia.org
alex.abdo@knightcolumbia.org

Jessica Ring Amunson (*pro hac vice* motion forthcoming)
Tassity S. Johnson (*pro hac vice* motion forthcoming)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001
(202) 639-6000
jamunson@jenner.com
tjohnson@jenner.com