Civil Action No. 17cv5205

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J. Trump, President of the United States
was received by me on *(date)* July 14, 2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent a copy of the summons and the complaint by certified mail to: Donald J. Trump, Sean M. Spicer, Dan Scavino, the civil-process clerk for the U.S. Attorney's Office for the Southern District of New York, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 7/14/2017

*Server's signature*

Kitty Ahmed, Executive Assistant
*Printed name and title*

Knight First Amendment Institute at Columbia University
535 W. 116th Street
314 Low Library
New York, NY 10027
*Server's address*

Additional information regarding attempted service, etc: