AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Knight First Amendment Institute et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-CV-5205 |
| Trump et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the plaintiffs.

Date:   08/14/2017

*Attorney's signature*

Alex Abdo (AA0527)
*Printed name and bar number*

Knight First Amendment Institute
at Columbia University
314 Low Library, 535 W. 116th St.
New York, NY 10027
*Address*

alex.abdo@knightcolumbia.org
*E-mail address*

(212) 854-1128
*Telephone number*

*FAX number*