**KNIGHT FIRST AMENDMENT INSTITUTE**

at Columbia University

August 31, 2017

**Via ECF and by Fax**

The Honorable Naomi Reice Buchwald
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007-1312

      **Re:**    **Knight First Amendment Institute, et al. v. Trump, et al., Case No. 17-CV-5205 (NRB)**

Dear Judge Buchwald,

    The parties in the above-referenced matter write to inform the Court of the status of their negotiations regarding a joint stipulation of facts. Plaintiffs sent Defendants a proposed stipulation on August 17, 2017. Defendants have reviewed the proposed stipulation and believe the proposed approach is broadly workable. Defendants intend to send Plaintiffs a substantive response to the proposed stipulation by Friday, September 1, 2017, for further negotiation. The parties will update the Court regarding the status of these negotiations by next Friday, September 8, 2017.

                                          Respectfully,

                                          */s/ Jameel Jaffer*

| | |
|---|---|
| Jessica Ring Amunson (*pro hac vice*) | Jameel Jaffer (JJ-4653) |
| Tassity S. Johnson (*pro hac vice*) | Katherine Fallow (application for admission pending) |
| Jenner & Block LLP | Alex Abdo (AA-0527) |
| 1099 New York Avenue, NW, Suite 900 | Knight First Amendment Institute at Columbia University |
| Washington, DC 20001 | 314 Low Library |
| | 535 West 116th Street |
| | New York, NY 10027 |
| | (212) 854-9600 |
| | Jameel.Jaffer@knightcolumbia.org |

                                          *Counsel for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs
   Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 305-8573
Facsimile: (202) 616-8460
E-mail:
   Michael.H.Baer@usdoj.gov

*Counsel for Defendants*