

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530

September 25, 2017

**Via ECF and by Fax**

The Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Knight First Amendment Institute at Columbia University, et al. v. Trump, et al.*,[1]
           No. 17-cv-5205 (NRB)

Dear Judge Buchwald,

      The parties in the above-referenced matter write to update the Court on the status of their negotiations following the August 15, 2017, telephone conference with the Court and to propose a schedule for further proceedings in the case. At that conference, the Court noted that it might be possible for the parties to reach agreement on a set of stipulated facts that would govern any forthcoming dispositive motions. Consistent with that suggestion, the parties have reached agreement on the attached set of stipulated facts that would permit both sides to move for summary judgment without the need for discovery or briefing on preliminary motions, including plaintiff's proposed motion for preliminary relief. The parties have agreed to stipulate to the attached facts for the duration of this litigation only; the facts are not intended to bind the parties in future cases.

      In light of the stipulated facts and the agreement of the parties to proceed to summary judgment, the parties jointly propose the following schedule for further proceedings:

| | |
|---|---|
| Defendants' Motion for Summary Judgment | October 13, 2017 |
| Plaintiffs' Opposition and Cross-Motion | November 3, 2017 |
| Defendants' Reply and Opposition | November 13, 2017 |
| Plaintiffs' Reply | November 22, 2017 |

      Should the Court accept this proposal, the parties request leave to file memoranda of law and reply memoranda within the following page limits:

---

[1] Sarah Huckabee Sanders, White House Press Secretary, and Hope Hicks, White House Communications Director, are substituted for Sean Spicer as defendants in this case pursuant to Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| Defendants' Motion for Summary Judgment | 25 pages |
| Plaintiffs' Opposition and Cross-Motion | 35 pages |
| Defendants' Reply and Opposition | 25 pages |
| Plaintiffs' Reply | 15 pages |

In light of the parties' proposal to proceed directly to summary judgment on the basis of the attached stipulated facts, the parties request that the Court stay both the requirement that Defendants file an answer to the Complaint, which otherwise would be due September 29, 2017, and the parties' obligations under Rules 16 and 26, until 30 days after the resolution of any forthcoming dispositive motions.

For these reasons, the parties respectfully request that the Court schedule a pre-motion conference to discuss the parties' proposal. Should the Court accept the parties' proposed schedule and page limits, the parties have no further issues to address at a pre-motion conference.

Respectfully submitted,

*/s/ Jameel Jaffer*

| | |
|---|---|
| Jessica Ring Amunson (*pro hac vice*) | Jameel Jaffer (JJ-4653) |
| Tassity S. Johnson (*pro hac vice*) | Katherine Fallow (application for admission pending) |
| Jenner & Block LLP | Alex Abdo (AA-0527) |
| 1099 New York Avenue, NW, Suite 900 | Knight First Amendment Institute |
| Washington, DC 20001 | at Columbia University |
| | 314 Low Library |
| | 535 West 116th Street |
| | New York, NY 10027 |
| | (212) 854-9600 |
| | Jameel.Jaffer@knightcolumbia.org |

*Counsel for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
DANIEL HALAINEN
Trial Attorneys
U.S. Department of Justice,

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone:     (202) 305-8573
Facsimile:     (202) 616-8460
E-mail: Michael.H.Baer@usdoj.gov

*Counsel for Defendants*