

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530

September 28, 2017

<u>**Via ECF and by Fax**</u>

The Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Knight First Amendment Institute at Columbia University, et al. v. Trump, et al.*,
          No. 17-cv-5205 (NRB)

Dear Judge Buchwald,

    The parties in the above-referenced matter seek leave to file a corrected version of the stipulation that the parties submitted as an attachment to their September 25, 2017 letter motion. *See* Joint Letter Mot. for Conference, ECF No. 28. The corrected version is attached to this letter motion, and it removes the word "DRAFT" from the header of the stipulation. The two versions of the stipulation are otherwise identical (save for an update to the date and the signature block).

    To avoid confusion, the parties also request that the Court ask the Clerk's office to remove from the public docket, or disable the electronic link to, the original version of the stipulation, *see* Stipulation, ECF No. 28-1, if such a result is feasible.

                                         Respectfully submitted,

                                         */s/ Jameel Jaffer*

Jessica Ring Amunson (*pro hac vice*)    Jameel Jaffer (JJ-4653)
Tassity S. Johnson (*pro hac vice*)        Katherine Fallow (KF-2535)
Jenner & Block LLP                       Alex Abdo (AA-0527)
1099 New York Avenue, NW, Suite 900  Knight First Amendment Institute
Washington, DC 20001                      at Columbia University
                                              314 Low Library
                                              535 West 116th Street
                                              New York, NY 10027
                                              (212) 854-9600

Jameel.Jaffer@knightcolumbia.org

*Counsel for Plaintiffs*


CHAD A. READLER
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
DANIEL HALAINEN
Trial Attorneys
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone:   (202) 305-8573
Facsimile:   (202) 616-8460
E-mail: Michael.H.Baer@usdoj.gov

*Counsel for Defendants*