IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>      *Defendants*. | No. 17-cv-5205 (NRB) |

## NOTICE OF FILING

On September 28, 2017, Plaintiffs and Defendants in the above-captioned matter jointly filed a Stipulation covering agreed facts for purposes of this litigation. Stipulation, ECF No. 30-1. The Stipulation incorporated by reference several exhibits to be filed with Defendants' opening brief. *See id.* ¶¶ 33-34, 63. The parties hereby jointly file the attached exhibits to the Stipulation, as follows:

**Exhibit A.** Exhibit A contains @realDonaldTrump tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, between January 20, 2017 and September 24, 2017.

**Exhibit B.** Exhibit B contains the @realDonaldTrump profile image and header images. This exhibit was collected by Plaintiffs and represents all such images that Plaintiffs are aware of having been used on the @realDonaldTrump account between January 20, 2017 and September 24, 2017. The header images are listed underneath the approximate date they were first used.

**Exhibit C.** Exhibit C contains @rpbp tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, from June 5 to 11, 2017, and from August 12 to 18, 2017.

**Exhibit D.** Exhibit D contains @familyunequal tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, between June 5 to 11, 2017, and September 13 to 19, 2017.

**Exhibit E.** Exhibit E contains @AynRandPaulRyan tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, between May 27 to June 2, 2017, and August 18 to 24, 2017.

**Exhibit F.** Exhibit F contains @eugenegu tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, between June 17 to 23, 2017, and September 18 to 24, 2017.

**Exhibit G.** Exhibit G contains @BrandonTXNeely tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, between June 11 to 17, 2017, and June 26 to July 2, 2017.

**Exhibit H.** Exhibit H contains @joepabike tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, between June 2 to 8, 2017, and June 17 to 23, 2017.

**Exhibit I.** Exhibit I contains @Pappiness tweets and replies. This exhibit was collected by Plaintiffs and represents all such tweets and replies that Plaintiffs are aware of, with the exception of any deleted tweets, between June 4 to 10, 2017, and July 22 to 28, 2017.

With respect to Exhibits C through I, Plaintiffs have collected all tweets and replies that they are aware of from the earliest date in each exhibit, respectively, through September 24, 2017.

The parties jointly agreed to file two representative weeks of tweets and replies as exhibits to the Stipulation, but the full collections are available for filing should the Court so require.

Defendants have no reason to doubt the accuracy of the tweets, replies, and header and profile images collected by Plaintiffs for the purposes of this exhibit, and jointly stipulate to these exhibits for the purposes of this litigation.

The parties have agreed that they may include as separate exhibits to their briefs images of tweets or replies from the parties' Twitter accounts.

Date: October 13, 2017

Jessica Ring Amunson (*pro hac vice*)
Tassity S. Johnson (*pro hac vice*)
1099 New York Avenue, NW, Suite 900
Washington, DC 20001

Respectfully submitted,

*/s/ Jameel Jaffer*
Jameel Jaffer (JJ-4653)
Katherine Fallow (KF-2535)
Alex Abdo (AA-0527)
Knight First Amendment Institute
	at Columbia University
314 Low Library
535 West 116th Street
New York, NY 10027
(212) 854-9600
Jameel.Jaffer@knightcolumbia.org

*Counsel for Plaintiffs*


CHAD A. READLER
Acting Assistant Attorney General

JOON H. KIM
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
DANIEL HALAINEN
Trial Attorneys
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 305-8573
Facsimile: (202) 616-8460
E-mail: Michael.H.Baer@usdoj.gov

*Counsel for Defendants*
