**Header and Profile Images of @realDonaldTrump Account**

**Profile Image**



**Header Images**

1. January 20, 2017



2. January 20, 2017



3. January 25, 2017



4. March 17, 2017



5. May 7, 2017



6. May 9, 2017



7. May 10, 2017



8. May 10, 2017



9. May 22, 2017

**"I stand before you as a representative of the American People, to deliver a message of friendship and hope.** That is why I chose to make my first foreign visit a trip to the heart of the Muslim world, to the nation that serves as custodian of the two holiest sites in the Islamic Faith."

★ ★ ★

PRESIDENT **DONALD J. TRUMP**

10. May 22, 2017

11. May 24, 2017

12. May 25, 2017



13. May 27, 2017



14. May 29, 2017



15. May 31, 2017



16. June 2, 2017



17. June 29, 2017



18. June 30, 2017

19. July 2, 2017

20. July 6, 2017



21. July 14, 2017



22. July 21, 2017



23. July 25, 2017



24. July 27, 2017



25. July 28, 2017



26. July 29, 2017



27. August 6, 2017



28. August 9, 2017



29. August 12, 2017



30. August 13, 2017



31. August 19, 2017



32. August 22, 2017



33. September 3, 2017



34. September 10, 2017



35. September 11, 2017



36. September 15, 2017



37. September 17, 2017



38. September 20, 2017



39. September 21, 2017



40. September 24, 2017

