IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>  *Defendants*. | No. 17-cv-5205 (NRB)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the memorandum of law dated October 13, 2017, the accompanying statement of undisputed facts, and the stipulation filed September 28, 2017, Defendants Donald J. Trump, Hope Hicks, Sarah Huckabee Sanders, and Daniel Scavino, sued in their official capacities, hereby move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for judgment for Defendants pursuant to Federal Rule of Civil Procedure 56.

Dated: October 13, 2017
        Washington, D.C.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOON H. KIM
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

1

                                        /s/ Michael H. Baer
                                        MICHAEL H. BAER
                                        DANIEL HALAINEN
Trial Attorneys
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone:   (202) 305-8573
Facsimile:   (202) 616-8460
E-mail: Michael.H.Baer@usdoj.gov

*Counsel for Defendants*

To:

| Jessica Ring Amunson (*pro hac vice*) | Jameel Jaffer (JJ-4653) |
| Tassity S. Johnson (*pro hac vice*) | Katherine Fallow (KF-2535) |
| Jenner & Block LLP | Alex Abdo (AA-0527) |
| 1099 New York Avenue, NW, Suite 900 | Knight First Amendment Institute |
| Washington, DC 20001 |     at Columbia University |
| | 314 Low Library |
| | 535 West 116th Street |
| | New York, NY 10027 |
| | (212) 854-9600 |
| | Jameel.Jaffer@knightcolumbia.org |

*Counsel for Plaintiffs*