```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY, REBECCA BUCKWALTER,
PHILIP COHEN, HOLLY FIGUEROA, EUGENE GU,
BRANDON NEELY, JOSEPH PAPP, and
NICHOLAS PAPPAS,

                Plaintiffs,

        - against -

DONALD J. TRUMP, HOPE HICKS, SARAH
HUCKABEE SANDERS, and DANIEL SCAVINO,

                Defendants.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/18

**ORDER**

17 Civ. 5205 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the pending cross-motions for summary judgment shall be held on March 8, 2018, at 11:00 A.M., at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 21A.

**SO ORDERED.**

Dated:  New York, New York
        January 8, 2018

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE