# KNIGHT FIRST AMENDMENT INSTITUTE

at Columbia University

February 26, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/18
```

**Via ECF and by Fax**

The Honorable Naomi Reice Buchwald
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007-1312

Re: *Knight First Amendment Institute, et al. v. Trump, et al.*, Case No. 17-CV-5205 (NRB)

Dear Judge Buchwald,

Counsel for Plaintiffs seek the Court's leave to divide their time during oral argument on the pending cross-motions for summary judgment, scheduled for 11:00 A.M. on March 8, 2018, as follows: Ms. Fallow will address all issues relating to Plaintiffs' First Amendment claims, and Mr. Jaffer will address all issues relating to the Government's jurisdictional objections. Counsel for the Government does not object to this proposal. Plaintiffs thank the Court for considering it.

*Application granted.*
*[signature] Naomi Reice Buchwald, USDJ*
*3/1/18*

Respectfully,

/s/ *Jameel Jaffer*

| | |
|---|---|
| Jessica Ring Amunson (*pro hac vice*) | Jameel Jaffer (JJ-4653) |
| Tassity S. Johnson (*pro hac vice*) | Katherine Fallow (KF-2535) |
| Jenner & Block LLP | Carrie DeCell (admission pending) |
| 1099 New York Avenue, NW, Suite 900 | Alex Abdo (AA-0527) |
| Washington, DC 20001 | Knight First Amendment Institute at Columbia University |
| | 475 Riverside Drive, Suite 302 |
| | New York, NY 10115 |
| | (646) 745-8500 |
| | Jameel.Jaffer@knightcolumbia.org |

*Counsel for Plaintiffs*