# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*, <br><br>　　　　*Plaintiffs*, <br><br>　　v. <br><br>DONALD J. TRUMP, President of the United States, *et al.*, <br><br>　　　　*Defendants*. | No. 17-cv-5205 (NRB) <br><br> **NOTICE OF APPEAL** |

　　　　Notice is hereby given that defendants Donald J. Trump and Daniel Scavino, sued in their official capacities, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on the docket on May 23, 2018, ECF No. 72, granting in part and denying in part plaintiffs' motion for summary judgment and granting in part and denying in part defendants' motion for summary judgment.

Dated: June 4, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　ERIC R. WOMACK
　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　*/s/ Michael H. Baer*
　　　　　　　　　　　　　　　　　　MICHAEL H. BAER
　　　　　　　　　　　　　　　　　　DANIEL HALAINEN
　　　　　　　　　　　　　　　　　　Trial Attorneys

        U.S. Department of Justice,
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, NW
        Washington, DC 20530
        Telephone: (202) 305-8573
        Facsimile: (202) 616-8460
        E-mail: Michael.H.Baer@usdoj.gov

        *Counsel for Defendants*

To: Clerk of Court
   United States Court of Appeals for the Second Circuit
   United States Courthouse
   500 Pearl Street
   New York, New York 10007

   Jameel Jaffer (JJ-4653)
   Katherine Fallow (KF-2535)
   Carrie DeCell (CD-0731)
   Alex Abdo (AA-0527)
   Knight First Amendment Institute
   at Columbia University
   314 Low Library
   535 West 116th Street
   New York, NY 10027
   (212) 854-9600
   Jameel.Jaffer@knightcolumbia.org

   Jessica Ring Amunson (*pro hac vice*)
   Tassity S. Johnson (*pro hac vice*)
   Jenner & Block LLP
   1099 New York Avenue, NW, Suite 900
   Washington, DC 20001