*Chad Joseph*
*5500 Amistad Road NE*
*Albuquerque, NM 87111-1548*
*cjsfcusaret@gmail.com*
*(505) 856-5550*


*21 June 2018*


*Honorable Naomi Reice Buchwald*
*United States District Judge*
*US Southern District Court*
*500 Pearl Street, Room 120*
*New York, NY 10007-1312*



*In re:   Case  17-CV-05205-NRB Document 72, Memorandum & Order*
           *<u>Knight First Amendment Institute at Columbia University</u>, et al v.*
           *<u>Donald J. Trump, et al</u>*


*Dear Judge Reice Buchwald:*


*Your Honor, please be advised that Mr. Jack Dorsey, through his agents, servants, employees, representatives, employees, etc.  consistently denies the 1st Amendment Rights of Conservative Twitter users, which your Honor found to be a Public Forum, to Conservative users, & suspends, blocks or bans them on the most outrageous of excuses.   The latest case is that of Twitter user @somesingsfishy, a Hispanic, 100% Disabled Service-Connected US Army Veteran from Albuquerque, NM.  The user merely stated what 8 U.S. Code Subsection 1325 states, i.e. that illegal aliens <u>are</u> <u>criminals</u>.  That  statement, a copy is enclosed herewith, caused Twitter to suspend him under its "hate" clause.   This while allowing users <u>in true</u>*

*violation of Twitter's Terms of Use*, *who happen to be of the Liberal ideology to spew all manner of insults, hate, misogynistic language against Conservative Women. The latest such example by yet another celebrity, Peter Fonda, who refers to one such Woman as a "gash", a vulgar term primarily used by Biker Gang Members to describe all Women. (Probably using his*

*on-screen experiences from the movie "Easy Rider"). There are numerous other cases, with Mr. Keith Olbermann, also guilty of all types of vulgarity and indecent epithets, being happily allowed to continue.*

*Wherefor, this writer begs the Court to make it clear to Mr. Jack Dorsey and his subordinates that the 1st Amendment applies to *all Americans of all political ideologies* & not just those of the same ideology as Mr. Jack Dorsey and his agents, servants, representatives, employees, etc.*

*Respectfully submitted,*

*Chad Joseph*

# Hi Somethins Fishy-MAGA Veteran,

# Your account, @somesingsfishy has been locked for violating the Twitter Rules.

Specifically for:

**Violating our rules against hateful conduct.**
You may not promote violence against, threaten, or harass other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease.

---

**Somethins Fishy-MAGA Veteran**
@somesingsfishy

@LuisPin23257352 Children of these illegal aliens are fed & housed BETTER than American Children in Democrat-controlled New Mexico. To answer @DaveLisney because you don't house adult CRIMINALS with underage criminals. An Illegal Alien IS a criminal by virtue of the fact he entered USA illegally
[...]

---

Please proceed to Twitter now to fix the issue with your account.


Go to Twitter

The tweets have since been deleted, but the images remain.

 **Peter Henry Fonda** ✓
@iamfonda

Follow

SS (Sarah Sanders) is a lying gash, too. And "gash" is much worse than cunt. Maybe we should take her children away and deport her to Arkansas, and giving her children to Stephen Goebbels Miller for safe keeping.

1:00 AM - 19 Jun 2018

110 Retweets  372 Likes

♡ 167   ⟲ 110   ♡ 372

 **Peter Henry Fonda** ✓
@iamfonda

Kristjen Nielsen is a lying gash that should be put in a cage and poked at by passersby. The gash should be pilloried in Lafayette Square naked and whipped by passersby while being filmed for posterity.

12:47 AM - Jun 19, 2018

♡ 639   ⟲ 1,804 people are talking about this

**Peter Henry Fonda** 
@iamfonda

[ Follow ]

WE SHOULD RIP BARRON TRUMP FROM HIS MOTHER'S ARMS AND PUT HIM IN A CAGE WITH PEDOPHILES AND SEE IF MOTHER WILL WILL STAND UP AGAINST THE GIANT ASSHOLE SHE IS MARRIED TO. 90 MILLION PEOPLE IN THE STREETS ON THE SAME WEEKEND IN THE COUNTRY. FUCK

1:48 AM - 20 Jun 2018

*TO CORROBORATE THE ASSERTIONS ON HIS TWEET, @somesingsfishy submitted this chart, put together by television news station KRQE, Chanel 13, a CBS News Affiliate in Albuquerque, NM*

**KRQE cares**
Out to Make a Difference for New Mexico Children

**49th** — New Mexico is a dismal fourty-ninth in child well-being. Poverty is one key indicator that predicts poor outcomes in school and in life

**77%** — Percent of New Mexico kids are not proficient in reading by the 4th grade (and are more likely to drop out)

**2/3 of APS** students qualify for the federal lunch program

**4,000** — In 2017, more than four thousand students in the APS district alone are considered homeless

Half of Albuquerque Public Schools are identified as high poverty Title 1 schools

**30%** — Thirty percent of children in New Mexico are at or below poverty level

[1] out of 5 [Ne]w Mexico kids [liv]e in households [wh]ere there isn't [eno]ugh food

HADASSAH

Mr. Chad Joseph
5500 Amistad Rd NE
Albuquerque NM, 87111-1548

1000781330 C014

Pro Se

USPS
RUSH
SDNY

CLERK'S OFFICE
S.D.N.Y.