IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> *Defendants*. | No. 17-cv-5205 (NRB) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The Court hereby GRANTS Defendants' motion for Daniel Halainen to withdraw as attorney of record for the United States.

Dated: September 16, 2019

Naomi Reice Buchwald
United States District Judge