# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

**MANDATE**

1:17-cv-05205-NRB

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and nineteen.

Before:     Barrington D. Parker,
              Peter W. Hall,
              Christopher F. Droney,
                  *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 01 2020

Knight First Amendment Institute at Columbia University, Rebecca Buckwalter, Philip Cohen, Holly Figueroa, Eugene Gu, Brandon Neely, Joseph Papp, Nicholas Pappas,

        Plaintiffs - Appellees,

v.

Donald J. Trump, President of the United States, Daniel Scavino, White House Director of Social Media and Assistant to the President,

        Defendants - Appellants,

Sarah Huckabee Sanders, White House Press Secretary,

        Defendant.

**JUDGMENT**

Docket No. 18-1691

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/01/2020**