IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY, *et al.*,

      *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., President of the United States, *et al.*,

      *Defendants*.

No. 17-cv-5205 (NRB)

**~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO PERMIT SKELETAL FILING OF MOTION FOR ATTORNEYS' FEES WITH SUPPLEMENT PERMITTED AT LATER DATE IF NO SETTLEMENT REACHED AND MOTION TO STAY BRIEFING**

This Court having read and considered the Plaintiffs' Unopposed Motion to Permit Skeletal Filing of Motion for Attorneys' Fees with Supplement Permitted at Later Date if no Settlement Reached and Motion to Stay Briefing in the above-styled action, and for good cause shown;

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED THAT Plaintiffs may file a skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act on or before June 7, 2021, with leave to supplement the motion should a settlement not be reached on the fees issue; and

IT IS FURTHER ORDERED THAT briefing on Plaintiffs' EAJA motion is stayed until 45 days after notification to the Court by Plaintiffs or the government that they are unable to settle this matter. In the event the parties reach a settlement agreement for attorneys' fees and costs, Plaintiffs are DIRECTED to withdraw their EAJA motion.

1

SO ORDERED this  8th day of  June            , 2021 in New York, New York.

_____
District Judge Naomi R. Buchwald
United States District Court for the
Southern District of New York