IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States, *et al.,*<br><br>*Defendants*. | No. 1:17-cv-05205-NRB |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiffs hereby notify the Court that because the parties have settled Plaintiffs' Motion for Attorneys' Fees and Expenses, Dkt. No. 86, Plaintiffs are now withdrawing their motion.

Respectfully submitted,

/s/ *Jameel Jaffer*

| | |
|---|---|
| Jessica Ring Amunson (*pro hac vice*)<br>Tassity S. Johnson (*pro hac vice*)<br>Tali R. Leinwand (TL-1027)<br>Kara V. Brandeisky (KB5764469)<br>Jenner & Block LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001 | Jameel Jaffer (JJ-4653)<br>Katie Fallow (KF-2535)<br>Alex Abdo (AA-0527)<br>Carrie DeCell (CD-0731)<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>(646) 745-8500<br>jameel.jaffer@knightcolumbia.org<br><br>*Counsel for the Plaintiffs* |

Date: May 10, 2022

1